IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE:  $23,380.00 IN UNITED STATES CURRENCY

_____

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE COMPLAINT FOR FORFEITURE**
_____

The United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Ms. Sarah Christensen, Esq., attorney for claimant Matthew Ready, and Ms. Marci A. Gilligan, Esq., attorney for claimant Madelaine Ready, and as authorized by 18 U.S.C. § 983(a)(3)(A), moves this Court forthwith to extend the time in which the United States is required to file a civil or criminal forfeiture action from March 23, 2011, to May 23, 2011.  The property subject to forfeiture consists of $23,380.00 in United States Currency seized on September 18, 2010, from Matthew Ready  ("subject Currency").  In support of this Motion, the United States represents to the Court as follows:

1. On September 18, 2010, Matthew Ready was taken into custody on an active State Arrest Warrant by Colorado Springs Police Department.  During the arrest of Ready at the Comfort Inn in Colorado Springs, Colorado, the subject Currency was seized as proceeds of marijuana sales and the Drug Enforcement Administration (DEA) initiated administrative forfeiture proceedings as to this currency.

2. To date, the only timely claims to have been filed with the DEA are that of Matthew Ready, through his attorney Ms. Sarah Christensen, and Ms. Madelaine Ready, through her attorney Ms. Marci Gilligan.  The claims were received by the DEA on December 23, 2010; therefore, pursuant to 19 U.S.C. §§ 1608 and 1610, the DEA forwarded the claims to the United States Attorney's Office for the District of Colorado

3. Pursuant to 18 U.S.C. §983(a)(3)(A)-(C), the United states is required to file a civil complaint for forfeiture against the subject Currency or obtain an indictment alleging that the subject Currency is subject to forfeiture, no later than March 23, 2011. However, if good cause is shown or upon agreement of the parties, the Court may extend the period for filing the complaint.

4. The United States is continuing to investigate the claimants' claims to the subject currency, and has contacted attorneys Ms. Sarah Christensen and Ms. Marci Gilligan regarding a possible settlement, which if reached would eliminate the need for the United States to file a forfeiture action against the subject Currency.

WHEREFORE, the United States, with the concurrence of claimants' counsel, Ms. Sarah Christensen and Ms. Marci Gilligan, respectfully moves this Court forthwith to extend the period within which the United States is required to file a forfeiture action against the subject Currency until May 23, 2011.

Dated this 18th day of March, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Phone: (303) 454-0100
Facsimile: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I certify that on this 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system and further certify that I have mailed a copy to the following non-ECF participants:

Marci Gilligan, Esq.
303 16th Street, Suite 200
Denver, CO 80202
*Counsel for Madelaine Ready*

Sarah Christensen, Esq.
128 South Tejon Street, Suite 300
Colorado Springs, CO 80903
*Counsel for Matthew Ready*

s/ Raisa Vilensky
FSA Data Analyst
Office of the U.S. Attorney