IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE:  $23,380.00 IN UNITED STATES CURRENCY

_____

**ORDER EXTENDING UNITED STATES' TIME
TO FILE COMPLAINT FOR FORFEITURE**

_____

The United States of America, pursuant to 18 U.S.C. § 983(a)(3)(A), has shown the Court that good cause exists to extend the time from March 23, 2011, to May 23, 2011, in which the United States is required to file a forfeiture action against the subject $23,800.00 in United States Currency.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A), that the date by which the United States is required to file an action for forfeiture against the subject $23,380.00 in United States Currency is extended to May 23, 2011.

Dated: _____, 2011.

_____
United States District Court Magistrate Judge
District of Colorado