IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 11-mc-00020-BNB

IN RE: $23,380.00 IN UNITED STATES CURRENCY

_____

**ORDER EXTENDING UNITED STATES' TIME
TO FILE COMPLAINT FOR FORFEITURE**

_____

The United States of America, pursuant to 18 U.S.C. § 983(a)(3)(A), has shown the Court

that good cause exists to extend the time from March 23, 2011, to May 23, 2011, in which the United

States is required to file a forfeiture action against the subject $23,800.00 in United States Currency.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A), that the date by which the

United States is required to file an action for forfeiture against the subject $23,380.00 in United

States Currency is extended to May 23, 2011.

Dated: _March 21_____, 2011.

_____
United States District Court Magistrate Judge
District of Colorado